# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNWIRED GLOBAL SYSTEMS LLC,<br><br>    Plaintiff,<br><br> v.<br><br>TELIT WIRELESS SOLUTIONS, INC.,<br><br>    Defendant. | C.A. NO. 23-01172-CFC<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Plaintiff UNWIRED GLOBAL SYSTEMS LLC ("Plaintiff") files this unopposed motion for an order extending the deadline for Defendant TELIT WIRELESS SOLUTIONS, INC. ("Defendant") to respond to Plaintiff's Complaint for Patent Infringement until and including December 26, 2023. No party will be prejudiced by this extension. Accordingly, Plaintiff respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1)(A) for the requested extension. This is the first request for an extension of this nature.

Date: October 27, 2023

                Respectfully submitted,

                */s/ John C. Phillips, Jr.*
                John C. Phillips, Jr. (#110)
                Megan C. Haney (#5016)

Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

Isaac Rabicoff
Rabicoff Law LLC
(*pro hac vice forthcoming*)
600 Mamaroneck Ave STE 400
Harrison, NY 10528
Tel. (773) 669-4590
issac@rabilaw.com

***Attorneys for Plaintiff***
***Unwired Global Systems LLC***

**SO ORDERED**, this _____ day of _____ 2023.

_____
**The Honorable Colm F. Connolly**
**Chief, United States District Court Judge**